**Yahya BEHESHTITABAR,**
**Plaintiff–Appellant,**

v.

**BOARD OF EDUCATION OF THE**
**CITY OF NEW YORK,**
**Defendant–Appellee.**

No. 03–7113.

United States Court of Appeals,
Second Circuit.

Sept. 4, 2003.

Yahya Beheshtitabar, Richmond Hill, NY, pro se.

Ellen Ravitch, New York, NY, for Defendant–Appellee.

* The Honorable Milton Pollack, Senior United States District Judge for the Southern District

PRESENT: CALABRESI, KATZMANN, Circuit Judges, and POLLACK, District Judge.*

SUMMARY ORDER

In an order dated December 23, 2002, the district court denied plaintiff Yahya Beheshtitabar's motion under Fed.R.Civ.P. 60(b) for a rehearing based upon newly discovered evidence. For the reasons stated by the district court, we find plaintiff's claims to be without merit and therefore AFFIRM the district court's order.